# EXHIBIT "A"

# Our Code of Conduct

alight

## Who must follow the Code?

Alight's Code and Alight's global policies and procedures apply to all:

- Employees
- Officers and directors
- Contractors and subcontractors as appropriate
- Any agents, affiliates, partners or third parties representing Alight

### Business or region-specific policies

Some business units or regions may have additional policies or procedures that are stricter than this Code. Always follow the stricter requirements. In all cases, colleague conduct must never fall short of the principles in our Code.

## What are my obligations?

Given that many provisions of this Code and Alight's policies are based on legal requirements, violations can subject individuals or Alight to fines, penalties and even criminal or civil sanctions. Those violations may also severely damage Alight's reputation.

Alight colleagues and partners are required to follow the rules and guidance in this Code and colleagues must certify annually that they have reviewed and understand the Code requirements.

Alight takes good faith allegations of improper conduct by Alight, its employees or its partners seriously and will investigate promptly. Colleagues are expected to cooperate fully with any investigations. Interfering or providing false information in the course of an investigation is a violation of the Code.

### Leading by example: The manager's role

Managers should serve as role models demonstrating conduct that is consistent with the Code and Alight's policies and procedures. If allegations of wrongdoing are brought to their attention, managers have an obligation to report the issue to the appropriate party.

## What if I see a violation?

You must take action if you see people acting unethically or illegally. If you are aware of any violations of this Code, Alight policies or procedures or the law, you should report them. You may contact:

- Your manager
- HR Connect at HR Connect Form or your HR representative
- The Alight Ethics Helpline at Ethics Helpline
- The Legal Department

Concerns regarding potential accounting or auditing matters may also be sent directly to Alight's General Counsel, Chief Internal Auditor or otherwise as directed in Alight's Whistleblower Policy.

Concerns regarding suspected or actual unauthorized access, disclosure, loss or damage of data or personal information must be reported to Alight's Ethics Helpline or the Alight Response Center (ARC).

## Where do I go for assistance? Alight's Ethics Helpline

Alight's Ethics Helpline is a way for colleagues to seek guidance on legal compliance matters or report possible violations of the Code, Alight policies or procedures or the law.

Alight's Ethics Helpline is operated by an independent, third-party provider which maintains the confidentiality of calls. Those who contact the Ethics Helpline can remain anonymous, if they choose, where permitted by local law. Colleagues who provide their names will have their identities protected to the extent consistent with Alight's need to investigate and take appropriate corrective action. You will find the Helpline phone numbers for your area, along with an online reporting system at: www.alight.ethicspoint.com.

### No retaliation. Alight strictly prohibits intimidation or retaliation against anyone who makes a good faith report or who participates in an investigation. However, if a report is made in "bad faith"—for instance, if a false or misleading report is made in a deliberate effort to get someone in trouble— the person making the report may be subject to discipline.

4