David R. Flyer, Bar #100697
Raquel Flyer Dachner, Bar #282248
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8445
(949) 622-8448 (fax)
davidflyer@flyerandflyer.com
raquelflyer@flyerandflyer.com

Attorneys for Plaintiff
LEAH SNYDER

IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LEAH SNYDER,<br><br>         Plaintiff,<br><br>vs.<br><br>ALIGHT SOLUTIONS, LLC, an Illinois Limited Liability Co., and DOES 1 TO 10,<br><br>         Defendants. | Case No. 8:21-cv-00187-CJC-KES<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION QUESTIONING OF KAYLEEN ROBINSON**<br><br>[Concurrently filed with Joint Stipulation on Discovery Dispute, Declarations of Raquel Flyer Dachner and David R. Flyer, in support of motion, and Proposed Order, and Declaration of Thomas M. McInerney in opposition to motion]<br>District Judge:  Hon. Cormac J. Carney<br>Magistrate Judge:   Hon. Karen E. Scott<br><br>Date:          February 15, 2022<br>Time:          10:00 a.m.<br>Courtroom:  6D<br>Trial Date:   November 8, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

Please take notice that, on February 15, 2022, at 10:00 a.m., in Courtroom 6D of the above-entitled Court, Plaintiff Leah Snyder will move for order to compel re-opening of deposition of Defendant's witness, Kayleen Robinson, Vice President of

-1-

1  Human Resources, based on her attorney's instruction and her refusal to answer
2  questions related to Defendant's tolerance of good faith political debate.  In a case
3  where, Plaintiff was a 20 year employee, who believed she was protected by
4  Defendant's policies expressed in its "Code of Conduct," participated in a political
5  rally on January 6, 2021, respectfully posted about some of her experiences, and was
6  terminated without any reasonable investigation within forty-eight hours.  Plaintiff's
7  activities were protected under the Labor Code §§1101 and 1102 and California
8  public policy.  She seeks damages based on wrongful termination of employment.
9  The relief sought here is re-opening of Ms. Robinson's deposition at Defendant's
10 expense for one hour, consistent with the Court's Order at Doc. 50.

11      Ms. Robinson is a key officer in Defendant's organization, who interviewed
12 Plaintiff by telephone, reported the facts of the interview, and then 48 hours later,
13 terminated Plaintiff.  Ms. Robinson testified that Plaintiff was involved in a riot based
14 solely on watching <u>television</u>.  Accordingly she was asked whether she had seen other
15 riots on television such as those involving BLM, in the past year, but Defendant's
16 attorney, Thomas M. McInerney, censured deposition questioning and harassed the
17 deposing attorney by calling her racist.  The Court is also requested to order Attorney
18 McInerney to complete at least four (4) hours of MCLE classes on bias in the
19 profession of law.

20      During oral argument at a Court hearing on December 7, 2021, Plaintiff raised
21 the misconduct of Defendant's attorney, Thomas M. McInerney, a white man who
22 harassed the examining counsel, Raquel Flyer Dachner, a woman of color, at
23 deposition of Ms. Robinson on November 18, 2021.  Rather than accept
24 responsibility for interrupting a deposition without cause, Defendant's attorney
25 denied culpability.  The Court requested a rough transcript and that the parties meet
26 and confer.  A rough transcript was ordered, received on December 9, 2021, and
27 certified copies of the deposition became available on December 13, 2021.  An initial
28

letter to resolve a discovery dispute was sent to Mr. McInerney on December 9, 2021. He <u>refused</u> to respond. A proposed Joint Stipulation on discovery dispute was sent to Mr. McInerney and he requested until January 4, 2022 to respond (a one week extension). His request was granted by counsel.

      The motion is based on this Notice of Motion, the concurrently filed Joint Stipulation on Discovery Dispute under U.S. Central District of California Local Rule 37-2.1, the concurrently filed declarations of Raquel Flyer Dachner and David R. Flyer in support of the motion, the declaration of Thomas M. McInerney in opposition to the motion, a proposed Order, the file and pleadings, and any oral argument as may take place at the time of the hearing.

      This Motion is made following the telephone conference of counsel pursuant to U.S. Central District of California Local Rule 37-1, on December 21, 2021.

Respectfully submitted,

FLYER & FLYER, A PROFESSIONAL LAW CORPORATION

Dated: January 5, 2022    By: /s/ David R. Flyer
_____
David R. Flyer
Raquel Flyer Dachner, Attorneys for
Plaintiff LEAH SNYDER