Exhibit 2 - Deposition of Kayleen Robinson

Verizon LTE 8:49 PM 89%

**Sean Armstrong** is at **Alight Solutions.**

5h · Lincolnshire, IL ·

Alight employee storming the capital

m.facebook.com/comment/re

Replies

Replies to Leah's comment on your **post** View post

**Leah Snyder**
The pic above was staged 😂. This is me at the top of capitol chatting with security! It was a peaceful and fun day! The media LIES, turn it OFF



2

3 hrs Like More

**Sean Armstrong**
Yeah, ok 1

3 hrs Like More

**Benjamin Krygsheld**
uhh pretty sure the dead woman shows exactly who's lying here 2

3 hrs Like More

**Leah Snyder**
**Benjamin Krygsheld** yes. The media. There were MILLIONS of people there. If people got in it's because they let them in. I think the woman shot was a huge mistake. I talked to the guards. They said they were told to stand down until they got an order and were super nice. They said they would let us know if they did. They never did the whole time. We were told to go home around 5 and everyone did. So nope, not a liar. The media is. Turn it off for the love

m.facebook.com/comment/re

were told to go home around 5 and everyone did. So nope, not a liar. The media is. Turn it off for the love of god.

3 hrs Like More

**Benjamin Krygsheld**
Lady, flat out, you are a liar and a fucking idiot. Get bent with your bullshit, and go fuck yourself.

3 hrs Like More

**Leah Snyder**
**Benjamin Krygsheld** classic liberal emotions! 1

3 hrs Like More

**Benjamin Krygsheld**
Ahhh yes, trusting actual evidence and facts as opposed to some random ding bats single picture is now *checks notes* 'liberal emotions'.

I guess you win since I'm so clearly *checks notes again* 'triggered' by the idea that anyone in this country is dumb enough to try and justify or downplay a literal coup.

3 hrs Like More

**Leah Snyder**
**Benjamin Krygsheld** another fun pic of me at the capitol yesterday. No coup. They advertised the event. Please get all emotional over this one too 😂



1

3 hrs Like More

**Benjamin Krygsheld**

Like Comment Share

Write a comment...

7