| | |
|---|---|
| David R. Flyer, Bar #100697<br>Raquel Flyer, Bar #282248<br>FLYER & FLYER, A Professional<br>Law Corporation<br>4120 Birch St., Ste. 101<br>Newport Beach, CA 92660<br>(949) 622-8445<br>(949) 622-8448 (fax)<br>davidflyer@flyerandflyer.com<br>raquelflyer@flyerandflyer.com<br><br>Attorneys for Plaintiff<br>LEAH SNYDER | Brandon D. Fox, Bar #290409<br>JENNER & BLOCK LLP<br>bfox@jenner.com<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br><br>KATHLEEN J. CHOI, Bar #284428<br>kathleen.choi@ogletree.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071<br>Telephone: 213-239-9800<br>Facsimile: 213-239-9045<br><br>Thomas M. McInerney, Bar #162055<br>tmm@ogletree.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>One Embarcadero Center, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 442-4810<br>Facsimile: (415) 442-4870<br><br>Attorneys for Defendant<br>ALIGHT SOLUTIONS LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH SNYDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALIGHT SOLUTIONS LLC, an Illinois Limited Liability Company, and DOES 1 TO 10,<br><br>　　　　Defendant. | Case No. 8:21-CV-00187-CJC (KESx)<br><br>**STIPULATION FOR DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Judge: Hon. Cormac J. Carney<br><br>Courtroom: 9B, Santa Ana<br>Trial Date: November 8, 2022 |

TO THE COURT, ALL PARTIES AND COUNSEL:

　　Comes now the parties, Plaintiff Leah Snyder and Defendant Alight Solutions, LLC, and pursuant to FRCP Rule 41(a)(1)(A)(ii), hereby stipulate that the matter has been resolved and agree to dismiss the above entitled case with prejudice, with

1  each party to bear her or its own fees and costs

2  Dated: October 21, 2022     FLYER & FLYER, A PROFESSIONAL LAW CORPORATION

By: */s/ David R. Flyer*
David R. Flyer
Raquel Flyer Dachner

Attorneys for Plaintiff
LEAH SNYDER

Dated: October 21, 2022     JENNER & BLOCK LLP

By: Brandon Fox
Brandon D. Fox

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Thomas M. McInerney
Kathleen J. Choi

Attorneys for Defendant
ALIGHT SOLUTIONS LLC

*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.